## Waiver of Service of Summons

TO: MICHAEL SHEN, ESQ., 225 Broadway - Suite 2515, New York, New York 10007, Ph: (212) 227-0300, Fax (212) 227-2714, ms81948@yahoo.com

I acknowledge receipt of your request that I waive service of a summons in the action of *Anthony M. Sokol v. Wyeth, Inc., and Wyeth Pharmaceuticals, Inc.*, which is case number 07-cv-8442 in the United States District Court for the Southern District of New York. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after October 2, 2007, or within 90 days after that date if the request was sent outside the United States.

Date    October 11, 2007         Signature: *[signature]*

Printed/typed name: James H. McQuade

{ as } ORRICK, HERRINGTON & SUTCLIFFE LLP

{ of } 666 Fifth Avenue
       New York, New York   10103

Attorneys for Defendants Wyeth
and Wyeth Pharmaceuticals, Inc.

Notice of Lawsuit and Request for Waiver of Service of Summons                    2