

# ORRICK

November 13, 2007

**VIA FACSIMILE**

Hon. Sidney H. Stein
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 1010
New York, NY 10007

ORRICK, HERRINGTON & SUTCLIFFE LLP
666 FIFTH AVENUE
NEW YORK, NEW YORK 10103-0001

tel +1-212-506-5000
fax +1-212-506-5151
WWW.ORRICK.COM

James H. McQuade
(212) 506-5198
jmcquade@orrick.com



[Stamp: RECEIVED NOV 13 2007 CHAMBERS OF JUDGE SIDNEY H. STEIN U.S.D.J.]

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 11/15/07]

[Handwritten annotation: Pretrial conf adjourned to Nov 30/07 @ 10:30 A.M. If Mr. McQuade is still abroad, another attorney working on this matter may attend.]

Re: Anthony M. Sokol v. Wyeth, Inc., 07 Civ. ~~8422~~ 8442

Dear Judge Stein:

We represent Defendants Wyeth, Inc. and Wyeth Pharmaceuticals, Inc. in the above-referenced matter. We write on behalf of Plaintiff's counsel, Thad M. Guyer, Esq., who currently is out of the country, to respectfully request that the preliminary conference currently scheduled for November 16, 2007 be adjourned and that a new date be calendared between January 17, 2008 and January 25, 2008. The reason for this request is that Plaintiff's counsel, Mr. Guyer, will be out of the country on November 16, 2007. Defendants consent to this request. No previous requests for such an extension have been made in this action, and the extension will not affect any other scheduled dates.

Respectfully,

ORRICK, HERRINGTON & SUTCLIFFE LLP
Attorneys for Defendant Wyeth, Inc. and Wyeth Pharmaceuticals, Inc.

By: _____
James H. McQuade

cc: Michael Shen, Esq. (via facsimile and email)
Thad M. Guyer, Esq. (via facsimile and email)

SO ORDERED 11/15/07

_____
SIDNEY H. STEIN
U.S.D.J.

OHS East:160335974.1