USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/30/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANTHONY M. SOKOL,

        Plaintiff,

v.

WYETH, INC. and WYETH PHARMACEUTICALS, INC.,

        Defendants.

07-CV-8442 (SHS)

**CIVIL CASE DISCOVERY PLAN AND SCHEDULING ORDER**

The following Civil Case Discovery Plan and Scheduling Order is adopted, after consultation with counsel for the parties, pursuant to Rules 26(f) and 16 of the Federal Rules of Civil Procedure.

1. *Answer by def is due Dec 3, 2007*

1a. Amended pleadings may be filed until January 2, 2008.

2. Interrogatories, if any, are to be served by all counsel no later than ~~February 1~~ January 2, 2008 and responses to such interrogatories shall be served within thirty (30) days thereafter.

3. First request for production of documents, if any, are to be served no later than ~~February~~ January 2, 2008. Unless counsel agree otherwise or the Court so orders, all electronically stored documents shall be produced in paper form.

4. The parties have agreed to conduct discovery pursuant to a Confidentiality Stipulation ~~submitted to~~ and Order which will be executed by counsel and which will be ~~filed with~~ the Court, *for its signature*.

5. Plaintiff's expert reports, if any, are to be served by May 15, 2008. Defendants' expert reports, if any, are to be served by July 1, 2008.

6. *Last day for fact discovery is May 1, 2008* ~~Depositions are to be completed by August 15, 2008.~~

7. All discovery is to be completed by ~~September 30~~ July 25, 2008. Interim deadlines may be extended by the parties on consent without application to the Court, provided the parties are certain they can still meet the discovery completion date ordered by the Court.

8. Defendants' motion for summary judgment, if any, is to be served by October 24, 2008. In the event Defendants file a motion for summary judgment, the time for the parties to submit a joint pretrial order shall be stayed, and, in the event and that motion is denied in whole or in part, the parties' joint pretrial order shall be due 30 days after the parties receive notice of the Court's decision on Defendants' motion for summary judgment.

8. *Pretrial conf 2/29/08 at 11 A.M.*

Dated: 11/30, 2007

SO ORDERED

_____
Sidney H. Stein, U.S.D.J.