SDNY (Rev. 10/2006) Pro Hac Vice Motion to Admit Counsel

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/30/07

Anthony Sokol,          Plaintiff,

- against -

Wyeth, Inc., et al.     Defendant.

07 cv 08442 (SHS)

MOTION TO ADMIT COUNSEL
PRO HAC VICE

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, MICHAEL SHEN a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

Applicant's Name: THAD M. GUYER
Firm Name: T.M. GUYER AND AYERS & FRIENDS, P.C>
Address: P.O. Box 1061
City/State/Zip: Medford, OR 97501
Phone Number: (541) 210-1305
Fax Number: (888) 866-4720

THAD M. GUYER is a member in good standing of the Bar of the States of Oregon and Tennessee, and the U.S. District Court for the District of Oregon (see attached).

There are no pending disciplinary proceeding against THAD M. GUYER in any State or Federal court.

Dated:
City, State: New York, NY

Respectfully submitted,

[signature]

Sponsor's SDNY Bar: MS-5714
Firm Name: Michael Shen & Associates, P.C.
Address: 225 Broadway, Suite 2515
City/State/Zip: New York, NY 10007
Phone Number: 212.227.0300 ext. 4
Fax Number: 212.227.2714

SDNY Form Web 10/2006