UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANTHONY M. SOKOL,

    Plaintiff,

v.

WYETH, INC. and WYETH PHARMACEUTICALS, INC.,

    Defendants.

07-CV-8442 (SHS)

**RULE 7.1 STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for defendants Wyeth, Inc. and Wyeth Pharmaceuticals, Inc. ("Wyeth Pharmaceuticals") certifies as follows: (1) Wyeth Pharmaceuticals is an unincorporated division of Wyeth, which is a publicly traded corporation; and (2) there is no publicly held corporation that owns 10% or more of Wyeth's stock.

Dated: December 3, 2007

Respectfully submitted,

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: _____
    Michael Delikat
    James H. McQuade
    Renee B. Phillips
    666 Fifth Avenue
    New York, New York 10103
    (212) 506-5000

Attorneys for Defendants Wyeth, Inc. and Wyeth Pharmaceuticals, Inc.

OHS East:160349518.1