UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANTHONY M. SOKOL,

        Plaintiff,

      v.

WYETH, INC. and WYETH PHARMACEUTICALS, INC.,

        Defendants.

07-CV-8442 (SHS)

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that the undersigned attorneys appear in this action as counsel of record on behalf of Defendants Wyeth, Inc. and Wyeth Pharmaceuticals, Inc.

PLEASE TAKE FURTHER NOTICE that all pleadings, papers and documents required to be served in this action upon Defendants Wyeth, Inc. and Wyeth Pharmaceuticals, Inc. should therefore be served upon:

    Michael Delikat, Esq.
    James H. McQuade, Esq.
    Renée B. Phillips, Esq.
    Orrick, Herrington & Sutcliffe LLP
    666 Fifth Avenue
    New York, NY 10103

Dated:    December 3, 2007

Respectfully submitted,

ORRICK, HERRINGTON & SUTCLIFFE LLP

By:_____s/ Renee B. Phillips_____
    Michael Delikat
    James H. McQuade
    Renee B. Phillips
    666 Fifth Avenue
    New York, New York 10103
    (212) 506-5000

Attorneys for Defendants Wyeth, Inc. and Wyeth Pharmaceuticals, Inc.