```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/29/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

ANTHONY M. SOKOL,                           :      07 Civ. 8442 (SHS)

                Plaintiff,              :

    -against-                              :      ORDER

WYETH, INC., *ET ANO*,                      :

                Defendants.             :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    A pretrial conference having been held today, with counsel for defendants present, and counsel for plaintiff participating by telephone,

    IT IS HEREBY ORDERED that:

1. There will be a pretrial conference on March 19, 2008, at 11:00 a.m.;

2. The last day for completion of discovery remains at May 1, 2008;

3. Plaintiff's expert reports shall be served by May 15, 2008;

4. Defendants' expert reports shall be served by July 1, 2008; and

5. The last day for completion of discovery remains at July 25, 2008.

Dated: New York, New York
       February 29, 2008

                                              SO ORDERED:

                                              Sidney H. Stein, U.S.D.J.