USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/19/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

ANTHONY M. SOKOL,                        :        07 Civ. 8442 (SHS)

           Plaintiff,            :

   -against-                                  :        ORDER

WYETH, INC., *ET ANO*,                   :

           Defendants.           :

-----------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      A pretrial conference having been held today, with counsel for defendants present, and counsel for plaintiff participating by telephone,

      IT IS HEREBY ORDERED that:

1. There will be a pretrial conference on May 9, 2008, at 11:00 a.m.;

2. The last day for completion of fact discovery is extended to July 1, 2008;

3. Plaintiff's expert reports shall be served by July 15, 2008;

4. Defendants' expert reports shall be served by September 1, 2008;

5. The last day for completion of all discovery is extended to September 25, 2008; and

6. There will be no further extensions of these dates.

Dated: New York, New York
       March 19, 2008

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.