


UNITED STATES DISTRICT
SOUTHERN DISTRICT OF NEW YORK

ANTHONY M. SOKOL,

    Plaintiff,

-against-

WYETH, INC., et al

    Defendants.

UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO LETTER MOTION TO COMPEL

No.: 07 cv 08442 SHS

Plaintiff seeks an extension of time until Tuesday, April 9, 2008 to respond to the Defendant's Letter Motion to Compel Discovery served on the Plaintiff with exhibits on March 27, 2008. Plaintiff seeks an extension to respond until April 9, 2008. Defendant has no objections to this motion.

There are over 80 pages of exhibits in support of said letter motion to produce documents which Plaintiff contends are protected by attorney-client privilege. The legal issues raised in the letter motion are not routine and require substantial legal research. The motion was served on Plaintiff's counsel during a spring break vacation with his family and friends.

REQUEST FOR EXTENSION RE DISCOVERY RESPONSE, PAGE 1

Additionally, commencing April 4, 2008, counsel will be en route for preparation, depositions and mediation in federal court in the case of *Parmer v. Wells Fargo Group* (District of Colorado).

T.M. GUYER AND AYERS & FRIENDS

By: _____
Thad M. Guyer
P.O. Box 1061
Medford OR 97501
Telephone: (541) 210-1305

Attorneys for Plaintiff

SO ORDERED 4/4/08

_____
SIDNEY H. STEIN
U.S.D.J.

STIPULATION RE DOL DISCOVERY, PAGE 2