```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/6/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

ANTHONY M. SOKOL,                    :       07 Civ. 8442 (SHS)

                Plaintiff,           :

    -against-                       :       ORDER

WYETH, INC., *ET ANO*,                :

                Defendants.         :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    IT IS HEREBY ORDERED that:

    1.    The pending discovery dispute in this action is being referred to Magistrate Judge Kevin N. Fox; and

    2.    The pretrial conference scheduled for May 9 is adjourned to June 27, 2008, at 10:30 a.m.

Dated: New York, New York
         May 6, 2008

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.