UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

ANTHONY M. SOKOL,                                 :

           Plaintiff,                       :        **ORDER**

          -against-                              :        07 Civ. 8442 (SHS)(KNF)

WYETH, INC. and                                   :
WYETH PHARMACEUTICALS, INC.,

           Defendants.                       :
------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      On March 24, 2008, the defendants made an application, through a letter, to compel disclosure of certain documents, pursuant to Fed. R. Civ. P. 37. The defendants' submission includes Exhibit 10, the plaintiff's first amended privilege log, served on the defendants on March 19, 2008. By a letter, dated April 8, 2008, the plaintiff opposed the application to compel, contending the pertinent documents are protected from disclosure by a "common interest" privilege, and the plaintiff's request is "grossly overbroad." The plaintiff's opposition includes copies of certain e-mail messages alleged to be privileged, for the Court to review in camera, in connection with resolving the defendants' application. The Court notes that a discrepancy appears to exist between the universe of the documents on the plaintiff's first amended privilege log and the documents submitted to the Court, for its in camera review.

      To assist the Court in resolving the defendants' application, on or before May 14, 2008, the plaintiff shall: (a) submit to the Court, for an in camera review, all the documents listed on its first amended privilege log; and (b) inform the Court whether another privilege log exists,

1

reconciling the above noted discrepancy and, if so, submit that comprehensive privilege log to the Court.

Dated: New York, New York
       May 9, 2008

SO ORDERED:

_____
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

2