**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------
**ANTHONY M. SOKOL,**

      Plaintiff,

-against-                          **MOTION FOR EXTENSION OF TIME TO SUBMIT DISCOVERY MATERIALS FOR IN CAMERA REVIEW**

                                                          No.: 07 Civ. 08442 SHS (KNF)

**WYETH, INC.,** et al

      Defendants.
-------------------------------------------

      Plaintiff seeks a two day extension of time until Friday, May 16, 2008 to comply with this Court's order entered on Friday May 9. 2008 by the Honorable Kevin Nathaniel Fox. That order requires Plaintiff's counsel to submit for in camera review by May 14, 2008 all the documents listed on his first amended privilege log and any other privilege logs pertaining to said documents. Counsel was in transit on Monday May 12 for a hearing on Tuesday May 13 in *Somers vs. Fluor Hanford, Inc*., Superior Court of Benton County, Washington, and for depositions in said case today May 14, 2008. Counsel can have the documents and logs ready for filing today, but cannot have them actually submitted to the Court by Fed Ex/Kinko's until

*Plaintiff's Motion for Extension to Submit Discovery Documents*    P a g e  | 1

May 15 or May 16, depending upon the Fex Ex/Kinko's shipping and delivery deadlines in the town of Pasco, Washington. If the delivery date is May 16, it will be delivered to the court by its 10:00 a.m. earliest service.

Counsel for Plaintiff could not be contacted for consent to this motion.

Respectfully submitted,

T.M. GUYER AND AYERS & FRIENDS


By: _____//ss//_____
    Thad M. Guyer
    P.O. Box 1061
    Medford OR 97501
    Telephone: (541) 210-1305
    FAX (888) 866-4720
    tmguyer@tmguyer.com

    Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I certify that I have caused the following document(s) to be served upon counsel of record in this case, on the date stated, and by the means indicated below:

**Date of Filing and Service**:     Wednesday, May 14, 2008

**Document(s) Served**:     **Motion for Extension of Time to Submit Documents for In Camera Review**

**Method(s) of Service**:

___No___        Telephone Facsimile Transmission

___YES___        E-mail Transmission

___ YES__        U.S. Mail


**With a copy to:**

Michael Delikat
James H. McQuade, Esq.
Orrick, Herrington & Sutcliffe, LLP          Email: jmcquade@orrick.com>
666 Fifth Avenue                              FAX 12125065151
New York, NY 10103-0001


_____//ss//_____
Thad M. Guyer