# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------

**ANTHONY M. SOKOL,**

              Plaintiff,

-against-

**WYETH, INC.,** et al

              Defendants.

-------------------------------------------

CONSENT **MOTION FOR EXTENSION OF TIME TO SUBMIT CONFORMING PRIVILEGE LOGS AND SUPPLEMENTAL BRIEFING**

No.: 07 Civ. 08442 SHS (KNF)

      Plaintiff seeks a two business day extension of time until Monday, June 2, 2008 to comply with this Court's order entered on May 22. 2008 by the Honorable Kevin Nathaniel Fox. A two business day extension is likewise requested for the supplemental briefing by both parties. That order requires Plaintiff's counsel to (1) " conform his second amended privilege log to Fed. R. Civ. P. 26 (b)(5) and Local Civil Rule 26.2 of this court; and (2) on or before May 29, 2008, serve on the defendants and submit to the Court the conformed second amended privilege log." The order further provides for supplemental briefing on the privilege issue before the court: "On or before June 5, 2008, upon review of the plaintiffs conformed second amended privilege log, the defendants shall

advise the Court what impact, if any, that log has on their outstanding motion to compel. Thereafter, on or before June 11,2008, the plaintiff may submit any response he deems warranted."

The May 22, 2008 order was issued on the day counsel was traveling to Phoenix, Arizona for depositions in the case of *Pettit vs. Arizona State University*, 2:05-cv-2922, D. Arizona.  Both firm members for plaintiff's counsel are still in Arizona on said depositions until Friday, May 30, 2008.  Counsel will complete the amended privilege log over the weekend for service on the defendant before noon on Monday June 2, 2008 if the court grants this motion.

Counsel for Defendants consent to this motion.

Respectfully submitted,

T.M. GUYER AND AYERS & FRIENDS

By: _____//ss//_____
    Thad M. Guyer
    P.O. Box 1061
    Medford OR 97501
    Telephone: (541) 210-1305
    FAX (888) 866-4720
    tmguyer@tmguyer.com

    Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I certify that I have caused the following document(s) to be served upon counsel of record in this case, on the date stated, and by the means indicated below:

**Date of Filing and Service**:          Thrusday, May 29, 2008

**Document(s) Served**:          **Motion for Extension of Time to Submit Privilege Log and Supplemental Briefing**

**Method(s)  of Service**:

    ___No___          Telephone Facsimile Transmission

    ___YES___          E-mail Transmission

    ___ YES__          U.S. Mail

**With a copy to:**

Michael Delikat
James H. McQuade, Esq.
Orrick, Herrington & Sutcliffe, LLP          Email: jmcquade@orrick.com>
666 Fifth Avenue          FAX 12125065151
New York, NY 10103-0001


_____//ss//_____
Thad M. Guyer