UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANTHONY M. SOKOL,

    Plaintiff,

v.

WYETH, INC. and WYETH PHARMACEUTICALS, INC.,

    Defendants.

07-CV-8442 (SHS)(KNF)

**SCHEDULING ORDER**

SIDNEY H. STEIN, U.S. District Judge.

IT IS HEREBY ORDERED that:

1. The last day for completion of fact discovery is extended to September 30, 2008;

2. Plaintiff's expert reports shall be served by October 15, 2008;

3. Defendants' expert reports shall be served by December 1, 2008;

4. The last day for completion of discovery shall be December 15, 2008.

Dated: New York, New York
June 2, 2008

SO ORDERED

Sidney H. Stein, U.S.D.J.

OHS East:160434120.1