UNITED STATES DISTRICT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X     07 cv 08442 (SHS)
Anthony Sokol,

                Plaintiff,

– against –     NOTICE OF
                                          CHANGE OF ADDRESS
                                          AND CONTACT INFORMATION

Wyeth, Inc. et al,

                Defendants.
-----------------------------------------------------------X

       **PLEASE TAKE NOTICE**, that the address of the offices of Michael Shen & Associates, P.C. will be changing, and that, effective June 16, 2008, the new address will be:

                Michael Shen & Associates, P.C.
                55 West End Avenue, Suite S15L
                New York, New York 10023

The new fax number will be: 866 830 1529.

The telephone number will remain the same: 212 227 0300.

Dated: New York, New York
        June 13, 2008

MICHAEL SHEN & ASSOCIATES, P.C

_____
Michael Shen (5714)
Attorneys for Plaintiff
55 West End Avenue, Suite S15L
New York, New York 10023
(212) 227-0300

2