```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/27/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

ANTHONY M. SOKOL,                           :      07 Civ. 8442 (SHS)

               Plaintiff,                :

    -against-                                :      ORDER

WYETH, INC., *ET AL.*,                      :

               Defendants.              :

-----------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      A pretrial conference having been held today, with counsel for all parties present,

      IT IS HEREBY ORDERED that the next pretrial conference is scheduled for October 10, 2008, at 12:00 p.m.

Dated: New York, New York
       June 27, 2008

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.